1034

[No. 28738-6-III.   Division Three.   March 15, 2011.]

The State of Washington, *Respondent*, v. Jose Reyes Ramirez, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00263-3, John M. Antosz, J., entered January 4, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28309-7-III.   Division Three.   March 17, 2011.]

The State of Washington, *Respondent*, v. Marlowe Claude Olney, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-00302-1, C. James Lust, J., entered August 7, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 28316-0-III.   Division Three.   March 17, 2011.]

Lloyd A. Herman et al., *Appellants*, v. The State of Washington et al., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-00353-6, Kathleen M. O'Connor, J., entered July 17, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28763-7-III.   Division Three.   March 17, 2011.]

Steven M. Heeb, *Appellant*, v. Columbia Basin Health Association, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 09-2-00113-1, Richard W. Miller, J., entered January 11, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.